IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-128-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BILLY JOE SCOTT, | ) | |
| Defendant. | ) | |

On August 10, 2015, and on September 29, 2015, Billy Joe Scott ("Scott"), appearing pro se, filed motions for a copy of his docket [D.E. 45, 46]. To the extent his letters could be construed as motions to obtain documents without charge, the motions are DENIED.

SO ORDERED. This the **23** day of June 2016.

JAMES C. DEVER III
Chief United States District Judge